UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL MIRANDA, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-00022-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 11, 16, 31) |

Plaintiff Richard Armenta is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 10, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motions for a temporary restraining order (Doc. Nos. 11, 16) be denied.  (Doc. No. 31.)  Those pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 4.)  To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued on October 10, 2023 (Doc. No. 31) are adopted in full;

2. Plaintiff's motions for a temporary restraining order (Doc. Nos. 11, 16) are denied; and

3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **January 9, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2