|    |                          |                                                      |
|----|--------------------------|------------------------------------------------------|
| 1  |                          |                                                      |
| 2  |                          |                                                      |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| **RICHARD ARMENTA,** | Case No. 2:23-cv-00022-DAD-JDP (PC) |
|---|---|
| Plaintiff, | **[PROPOSED]** **ORDER ON DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING EARLY ADR** |
| v. | |
| **R. MIRANDA,** | |
| Defendants. | |

On March 25, 2024, Defendants K. Rueter and R. Miranda filed a motion to opt out of Post-Screening Early ADR. After reviewing the motion, filed concurrently with the declaration of counsel in support thereof, the Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out is GRANTED;

2. The stay of this action is LIFTED; and

3. Defendants shall have thirty days from the date of this order to file a responsive pleading.

IT IS SO ORDERED.

Dated: __April 4, 2024__                    _/s/ Jeremy Peterson_
　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE