1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD ARMENTA,                          Case No.  2:23-cv-00022-DAD-JDP (PC)

12                   Plaintiff,                  **ORDER**

13          v.                                   DENYING DEFENDANTS' MOTION TO
                                                 STAY
14    RAFAEL MIRANDA, *et al.*,
                                                 ECF No. 44
15                   Defendants.
                                                 **FINDINGS AND RECOMMENDATIONS**
16
                                                 DENYING DEFENDANTS' MOTION TO
17                                               REVOKE PLAINTIFF'S *IN FORMA*
                                                 *PAUPERIS* STATUS
18
                                                 ECF No. 43
19
                                                 OBJECTIONS DUE WITHIN FOURTEEN
20                                               DAYS

21

22          Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights

23    action filed under 42 U.S.C. § 1983.  Defendants move to revoke plaintiff's *in forma pauperis*

      status on the grounds that plaintiff is a "three-striker" within the meaning of 28 U.S.C. § 1915(g).
24
      ECF No. 43.  Plaintiff has filed an opposition, ECF No. 48, and defendants have filed a reply,
25
      ECF No. 50.  Defendants also move to stay the responsive pleading deadline until their motion to
26
      revoke is resolved.  ECF No. 44.  Since plaintiff has paid the filing fee in full, I will recommend
27
      that defendants' motion to revoke be denied, and I will deny defendants' motion to stay as moot.
28

                                                 1

1  Plaintiff notified the court in his opposition that the filing fee for this action has been paid

2  in full.  ECF No. 48.  The court's financial records substantiate this representation.  Because

3  plaintiff's filing fee for this action is paid in full, defendants' motion to revoke plaintiff's *in forma*

4  *pauperis* status is moot.[1]  Therefore, I recommend that defendants' motion to revoke plaintiff's *in*

5  *forma pauperis* status be denied.

6  Accordingly, it is hereby ORDERED that defendants' motion to stay, ECF No. 44, is

7  denied as moot.  Defendants are directed to file a responsive pleading within twenty-one days of

8  any order addressing these recommendations.

9  Further, it is hereby RECOMMENDED that defendants' motion to revoke plaintiff's *in*

10  *forma pauperis* status, ECF No. 43, be denied.

11  These findings and recommendations are submitted to the United States District Judge

12  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of

13  service of these findings and recommendations, any party may file written objections with the

14  court and serve a copy on all parties.  Any such document should be captioned "Objections to

15  Magistrate Judge's Findings and Recommendations," and any response shall be served and filed

16  within fourteen days of service of the objections.  The parties are advised that failure to file

17  objections within the specified time may waive the right to appeal the District Court's order.  *See*

18  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.

19  1991).

20
21  IT IS SO ORDERED.

22  Dated:    July 18, 2024

23  JEREMY D. PETERSON
    UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

[1] Defendants acknowledge in their reply that if plaintiff has paid the filing fee in full, that their motion to revoke plaintiff's *in forma pauperis* status may be moot.  *See* ECF No. 50 at 2.

2