UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL MIRANDA, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-00022-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* STATUS<br><br>(Doc. Nos. 43, 51) |

　　　　Plaintiff Richard Armenta is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 18, 2024, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to revoke plaintiff's *in forma pauperis* status (Doc. No. 43) be denied.  (Doc. No. 51.)  In particular, the magistrate judge concluded that plaintiff's filing fee for this action was paid in full, rendering defendants' pending motion moot.  (*Id.* at 2.)  Those pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id.*)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 18, 2024 (Doc. No. 51) are adopted in full;

2. Defendants' motion to revoke plaintiff's *in forma pauperis* status (Doc. No. 43) is denied as having been rendered moot; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial matters.

IT IS SO ORDERED.

Dated:   **August 14, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2