UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA, | Case No. 2:24-cv-02543-JDP (PC) |
| Plaintiff, | **ORDER** |
| v. | DEFENDANTS ARE DIRECTED TO FILE AN ANSWER WITHIN FOURTEEN DAYS |
| RAFAEL MIRANDA, *et al.*, | |
| Defendants. | |

Defendants moved to revoke plaintiff's *in forma pauperis* status and on July 18, 2024, I recommendation that motion be denied. ECF No. 51. In that order, I instructed defendants to file a responsive pleading within twenty-one days of any order by the district judge addressing the July 18 recommendations. *Id.* The district judge adopted the recommendations on August 15, 2024. ECF No. 52. Defendants have since failed to answer the complaint. Defendants shall file an answer within fourteen days of this order's entry. Failure to do so will be considered a failure to comply with court orders.

Accordingly, it is hereby ORDERED that:

1. Within fourteen days of issuance of this order defendants shall file an answer to plaintiff's second amended complaint.

2. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendant's default be entered.

1

IT IS SO ORDERED.

Dated:   October 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE