UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAFAEL MIRANDA, et al.,<br><br>        Defendants. | No. 2:23-cv-00022-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR SANCTIONS AND DEFAULT JUDGMENT<br><br>(Doc. Nos. 57, 60) |

        Plaintiff Richard Armenta is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 28, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for sanctions and default judgment (Doc. No. 57) be denied. (Doc. No. 60). In particular, the magistrate judge observed that although plaintiff is correct that defendants failed to file a responsive pleading by September 5, 2024 as required, when the court notified defendants of this failure on October 9, 2024 and ordered defendants to file an answer to plaintiff's second amended complaint within fourteen days (Doc. No. 54), defendants complied and filed an answer on October 16, 2024 (Doc. No. 55). The magistrate judge noted that the failure to file a responsive pleading is "not a sanctionable offense

1

listed in Rule 11(b)," and further recommended that "plaintiff's motion for default against the defendants [] be denied because defendants have filed a responsive pleading and have not failed to otherwise defend this action." (Doc. No. 60 at 3.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 28, 2025 (Doc. No. 60) are ADOPTED in full;

2. Plaintiff's motion for sanctions and default judgment (Doc. No. 57) is DENIED; and

3. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **June 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2