IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD ARMENTA,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**RAFAEL MIRANDA,**<br><br>                                    Defendant. | Case No. 2:23-cv-00022-DAD-JDP (PC)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

   Defendants R. Miranda and K. Reuter filed an Ex Parte Application for an Extension of Time to File a Dispositive Motion. Having read and considered the Application and its attachments, good cause exists to grant it. The deadline for Defendants to file a dispositive motion is hereby extended to October 6, 2025.

IT IS SO ORDERED.


Dated:    September 10, 2025                              _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE

1