UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAFAEL MIRANDA, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-0022-DAD-JDP (P)<br><br>ORDER |

Plaintiff filed two motions for extension of time to respond to defendants' October 3, 2025 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for an extension of time, ECF Nos. 67 & 68, are granted; and

2. Plaintiff is granted twenty-one days from the date of this order in which to file respond to defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:    November 13, 2025              _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE

1