UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL MIRANDA, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-0022-DAD-JDP (P)<br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file an opposition to defendants' motion for summary judgment pursuant to the court's order of November 13, 2025. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time, ECF No. 70, is GRANTED; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion for summary judgment. No further extensions of time will be granted.

IT IS SO ORDERED.

Dated:   December 3, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1